IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARILYN D. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:22-CV-1982-C (BH) |
| | ) |
| IBIDUNNI UKEGBU, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, the plaintiff's sole federal claim will be **DISMISSED with prejudice** for failure to state a claim, and her remaining state law claims will be **DISMISSED without prejudice** to pursuing them in state court.

SIGNED this 17th day of October, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE